# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DHALMA MORALES-ALICEA,**

        Plaintiff,

        V.                CASE NUMBER: **02-C-1137**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration is AFFIRMED. This case is hereby DISMISSED.**

|     **August 19, 2005** | **SOFRON B. NEDILSKY** |
|---|---|
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |